United States Courts
Southern District of Texas
FILED

AUG 1 6 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUTH EDUCATIONAL SERVICES INC. d/b/a FAMILY THRIFT CENTER | § § § | |
| Plaintiff | § § | H-05 -2844 |
| v. | § § | CIVIL ACTION NO. _____ |
| NORAMI ENTERPRISES, INC. d/b/a FAMILY THRIFT & MORE | § § § | JURY DEMANDED |
| Defendant. | § § | |

## ORIGINAL COMPLAINT

Youth Educational Services, Inc. d/b/a Family Thrift Center ("Family Thrift") files this Original Complaint against Norami Enterprises, Inc. d/b/a Family Thrift & More ("Defendant") and will respectfully show the Court as follows:

### I. PARTIES

1.  Family Thrift is a corporation organized and existing under the laws of the state of Texas and has its principal place of business at 4330 Fulton, Houston, Texas 77009-2170. Family Thrift is also known as Family Thrift Store.

2.  Upon information and belief, Defendant is a corporation organized and existing under the laws of the state of Texas and has a principal place of business at 8404 Winkler Drive, Suite B, Houston, Texas 77017. Defendant may be served with process at its principal place of business, or at the address of its registered agent, Amin Sadruddin at 1200 Fuller Wiser Road #2525, Euless, Texas 76039.

### II. JURISDICTION AND VENUE

3.  This cause of action arises under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*

4. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 1338(b).

5. Defendants reside in, have transacted business and committed trademark infringement within the Southern District of Texas, and therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

### III. FACTS

6. Family Thrift is a non-profit, charitable organization in the business of providing slightly used goods to the Houston community and other communities. For over a quarter century, Family Thrift has been providing a helping hand to those in need through the resale of previously owned merchandise. During this time, Family Thrift has been the exclusive owner of Texas Trademark Registration No. 57153 for the trademark FAMILY THRIFT CENTER (the "Mark") for its use in relation to sale of used clothing, furnishings, household goods, and appliances. Ex. 1, Texas Trademark Registration Certificate. Family Thrift has made use of the mark FAMILY THRIFT CENTER for over twenty-five years and has maintained the registration for this Mark since 1997. The Mark has been used on signs, brochures, and in newspapers to advertise Family Thrift's services and the sale of such goods. As a result of its widespread advertising, promotion, and use of the mark FAMILY THRIFT CENTER for such a long period of time, Family Thrift has developed and enjoys a valuable reputation and significant goodwill under the Mark among consumers and those familiar with the industry.

7. In addition to the Mark, Family Thrift has also used the mark FAMILY THRIFT STORE in relation to the sale of used clothing, furnishings, household goods, and appliances. While the Mark FAMILY THRIFT STORE is not registered, Family Thrift has used this mark in commerce for years and therefore enjoys common law trademark rights.

8. Family Thrift has stores in both Texas and Missouri and has used the marks FAMILY THRIFT CENTER and FAMILY THRIFT STORE (collectively, "the Marks") in interstate commerce for years.

9. Defendant is engaged in the identical business of selling clothing, furnishings, household goods, and appliances. Upon information and belief, Defendant recently began operating under the assumed name of Family Thrift & More and has received an assumed name certificate for Family Thrift & More from Harris County. Upon information and belief, Defendant knew of and was fully aware of Family Thrift Center's Marks when they sought the assumed name certificate. Defendant displays the name Family Thrift & More on the signage in front of its store in Houston, Texas.

10. Upon information and belief, Defendant owns, rents or leases store space and manages and operates at lease one store using the name Family Thrift & More. Family Thrift has not authorized Defendant to use the Marks for its store. Yet, Defendant continues to use the Marks, creating likelihood of confusion as to the source of its goods and services.

11. Moreover, the likelihood of confusion is further supported by the virtually identical nature of the goods and services that Family Thrift and Defendant provide, and by the similar channels of trade in which the Parties operate and advertise. Given the long use of Family Thrift's Marks, the use of a confusingly similar mark by Defendant causes irreparable damage to the goodwill of Family Thrift's Marks.

12. In 2005, Family Thrift became aware of Defendant's unauthorized use of Family Thrift's Marks and notified Defendant that its use of the Marks constituted infringement and requested that Defendant cease its use of Family Thrift's mark. Defendant ignored Family

Thrift's request and continues to use the name Family Thrift & More. Defendant's infringement is therefore willful and deliberate.

## IV. CAUSES OF ACTION

### Claim I: Lanham Act Unfair Competition and Dilution

13. In adopting and using a mark that is confusingly similar to the valuable Marks that Family Thrift owns, Defendant has capitalized on Family Thrift's goodwill and reputation for excellence as well as charitable work in the industry. Defendant's unauthorized use of the Marks falsely indicates to the public that Defendant is affiliated or connected with, sponsored by, or related to Family Thrift.

14. The acts of Defendant have been conducted in commerce and they have affected Family Thrift's business and Marks. At a minimum, they constitute a false designation of origin and/or a false description of Defendant's goods and services. Such acts are specifically declared unlawful under the Lanham Act. In adopting a confusingly similar mark, Defendant has appropriated for its own use Family Thrift's Marks. By doing so, Defendant will not only likely mislead and confuse the public, but also will likely continue to diminish and destroy the distinctiveness of Family Thrift's Marks as applied to its goods and services in the industry and the goodwill associated with such Marks. Defendant's unauthorized use of Family Thrift's Marks misappropriates the benefit of the goodwill that Family Thrift has spent great effort and expense in order to build up.

15. Family Thrift is unable to control the quality of the products offered and services provided by Defendant under the Marks. This places Family Thrift's valuable reputation and goodwill in the hands of Defendant over whom Family Thrift has absolutely no control. The acts of Defendant complained of herein are jeopardizing the goodwill of Family Thrift and its valuable Marks, and such acts have caused and are causing injury to Family Thrift and to the

consuming public. Defendant should be required to account to Family Thrift for its infringement and dilution of Family Thrift's Marks and for its resulting unjust enrichment. Further, unless this Court permanently enjoins the acts of Defendant, complained of herein, the acts will be continued and will result in further injury to Family Thrift.

16. Defendant's use of the Marks is likely to cause confusion or likely to cause mistakes, or likely to deceive as to the origin, sponsorship or approval of Defendant's products and services by Family Thrift, thereby infringing Family Thrift's rights in violation of the Lanham Act, 15 U.S.C. § 1125(a). The acts of Defendant complained of above constitute acts of willful trademark infringement under 15 U.S.C. § 1125(a). Further, Defendant is diluting the exclusivity and distinctiveness of the Marks in violation of 15 U.S.C. § 1125(c). Upon information and belief, the acts of infringement by Defendant have resulted in and are currently resulting in substantial unjust profits and unjust enrichment on the part of Defendants in an amount yet to be determined.

### Claim II: Texas State Trademark and Unfair Competition

17. Family Thrift is the owner of Texas Trademark Registration No. 57153 for the trademark FAMILY THRIFT CENTER. *See* Ex. 1. The acts of Defendant complained of above constitute trademark infringement and unfair competition under the laws of the state of Texas. TEX. BUS. & COM. CODE § 16.26. Defendant's unauthorized use of the Mark constitutes infringement of Family Thrift's statutory and common law trademark rights in the Mark. As a result of the infringement and unfair competition by Defendant, Family Thrift has suffered, and is suffering, injury and damage in an amount yet to be determined. Upon information and belief, the acts of infringement by Defendant have resulted and are currently resulting in substantial unjust profits and unjust enrichment on the part of the Defendant in an amount yet to be determined.

18. Furthermore, the acts of Defendant complained of above constitute trademark infringement and unfair competition under the common law of the state of Texas. Defendant's unauthorized use of the Marks constitutes infringement of Family Thrift's common law trademark rights in the Marks, as well as unfair competition under Texas law. As a result of the infringement and unfair competition by Defendant, Family Thrift has suffered, and is suffering, injury and damage in an amount yet to be determined. Upon information and belief, the acts of infringement by Defendant have resulted and are currently resulting in substantial unjust profits and unjust enrichment on the part of the Defendants in an amount yet to be determined.

### Claim III:  Texas Trademark Dilution

19. The facts set out above demonstrate that Defendants are diluting the exclusivity and distinction of the Marks in violation of the Texas Anti-Dilution Act. Defendant's unauthorized use of a form of the Marks constitutes a dilution of Family Thrift's Mark and injures Family Thrift's reputation, in violation of TEX. BUS. & COM. CODE § 16.29.

20. As a result of the dilution by Defendant, Family Thrift has suffered, and is suffering, injury and damage in an amount yet to be determined. Upon information and belief, the acts of dilution by Defendant have resulted and are currently resulting in substantial unjust profits and unjust enrichment on the part of Defendant in an amount yet to be determined. Family Thrift seeks an accounting and damages.

### V. CONCLUSION AND PRAYER

21. WHEREFORE, Youth Educational Services, Inc. d/b/a as Family Thrift Center prays that the Court:

(a) issue a permanent injunction prohibiting Defendant from infringing on Family Thrift's Marks;

(b)   issue an order that Defendant immediately and permanently remove all signs displaying the term FAMILY THRIFT;

(c)   enter judgment for Family Thrift for recovery of and from Defendant the actual, consequential, incidental, special, and enhanced damages requested in this Complaint including a disgorgement of all profits made by Defendant as a result of their willful wrongful acts and a recovery of all sums by which Defendant has been unjustly enriched, together with pre-judgment interest on such damages at the maximum allowable rate, and post-judgment interest on all amount awarded until paid;

(d)   enter judgment that Defendant withdraw its Harris County assumed name registration for Family Thrift & More, and

(e)   enter judgment that Family Thrift be awarded from Defendant its costs and attorneys' fees incurred in connection with this action pursuant to 15 U.S.C. § 1117.

## JURY DEMAND

Pursuant to FED. R. CIV. P. 38, Plaintiff hereby requests a trial by jury on all Counts.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: _____
   Glenn A. Ballard, Jr., attorney-in-charge
   State Bar No. 01650200
   Federal I.D. No. 0825
   John F. Luman III
   Texas State Bar No. 00794199
   Federal I.D. No. 19469
   Andrew W. Zeve
   Texas State Bar No. 24042209
   Federal I.D. No. 570754

South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas   77002
(713) 223-2300 (Telephone)
(713) 221-1212 (Telecopier)

**ATTORNEYS FOR PLAINTIFF
YOUTH EDUCATIONAL SERVICES, INC.**

**OF COUNSEL:**

Constance Gall Rhebergen
TBA No.: 00792220
**BRACEWELL & GIULIANI, LLP**
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
(713) 221-3306 [telephone]
(713) 222-3291 [facsimile]

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Youth Educational Services, Inc. d/b/a Family Thrift Center

## DEFENDANTS
Norami Enterprises, Inc. d/b/a Family Thrift & More

**(b)** County of Residence of First Listed Plaintiff: Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Harris County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Glenn A. Ballard, Jr.
Bracewell & Giuliani LLP

Attorneys (If Known)
H-05-2844

*United States Courts Southern District of Texas FILED AUG 16 2005 Michael N. Milby, Clerk of Court*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Trademark infringement under 15 U.S.C. § 1114
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 8/15/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 Reverse (Rev 11/04)

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**