United States Courts
Southern District of Texas
ENTERED

DEC 2 8 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUTH EDUCATIONAL SERVICES INC. d/b/a FAMILY THRIFT CENTER | § § § § § | |
| Plaintiff, | | |
| v. | § § § | C.A. NO. 4:05-CV-02844 |
| NORAMI ENTERPRISES, INC. d/b/a FAMILY THRIFT & MORE | § § § § | |
| Defendants. | § | |

## ORDER

Pursuant to Plaintiff Youth Educational Services, Inc. d/b/a Family Thrift Center's Notice of Dismissal, the Court hereby dismisses all claims filed by Plaintiff Youth Educational Services, Inc. d/b/a Family Thrift Center against Defendant Norami Enterprises, Inc. d/b/a Family Thrift & More without prejudice.

Dated this 27th day of December, 2005.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE